**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Rafael JONES, Petitioner**

**No. 15 EAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**